AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Brianna Greene ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10 C 117 |
| DirecTV, Inc. et al ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Summary judgment is entered in favor of all defendants and against plaintiff. Plaintiff to take nothing. All matters in controversy having been resolved, final judgment is hereby entered in favor of all defendants and against plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 08 Nov 2010                                        Michael W. Dobbins, Clerk of Court

                                                         /s/ Stephen C. Tokoph
                                                         Deputy Clerk