# EXHIBIT B
## PREPARATION OF REPORTER'S TRANSCRIPT
## (DEPOSITION OF BRIANNA GREENE)

| Date | Description | Amount |
|---|---|---|
| 8/16/10 | Fee for Deposition Transcript, Disk and Exhibit Scanning | $729.60 |
| 8/16/10 | Copy of Deposition Transcript (107 pages) | $16.05 |
| **TOTAL** | | **$745.65** |

McCorkle

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone:312-263-0052   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 362635 | 8/19/2010 | 378342 |
| Job Date | Case No. | |
| 8/16/2010 | 1: 10 CV 117 | |
| Case Name | | |
| Greene, Brianna vs. Direct T.V., Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Becca Wahlquist
Manatt & Phelps & Phillips
11355 W. Olympic Boulevard
Los Angeles, CA 90064

ORIGINAL TRANSCRIPT IN E-TRAN FORMAT:
   Brianna Greene     107.00 Pages @ 3.45    369.15
      Three to Five Day Delivery            90.95
      Appearance (Hourly)    3.00 Hours @ 40.00    120.00
      Original Exhibits Attached    0.00 Copies @ 0.00    0.00
      Rough Disk    93.00 Pages @ 1.25    116.25
      Exhibits, scanned    95.00 Copies @ 0.35    33.25

**TOTAL DUE >>>**     **$729.60**

ENTERED A/P
SEP 2 4 2010
JVH

Etran sent via email on 8-18-10
Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com

OK to pay
x Becca Wahlquist
(TR) 29615-064


Q69726

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Becca Wahlquist
Manatt & Phelps & Phillips
11355 W. Olympic Boulevard
Los Angeles, CA 90064

Job No.   : 378342     BU ID   : MCC-MAIN
Case No.   : 1: 10 CV 117
Case Name   : Greene, Brianna vs. Direct T.V., Inc.

Invoice No.   : 362635     Invoice Date : 8/19/2010
**Total Due**   : **$ 729.60**

Remit To: **McCorkle Court Reporters, Inc.**
         **200 North LaSalle Street**
         **Suite 300**
         **Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**     MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: