**EXHIBIT C**
**COPYING/PRINTING OF BRIEFS**
**(3 copies of each Defendants' filings at $0.15 per page and $0.20 per tab, and 2 copies of each of Plaintiff's filings at $0.15 per page)**

| Date | Description | Amount |
| --- | --- | --- |
| 01/08/2010 | COMPLAINT filed by Brianna Greene | $3.30 |
| 02/05/2010 | MOTION by Plaintiff Brianna Greene to compel DIRECTV to Disclose the Identity of Third Parties with Relevant Information | $1.20 |
| 02/16/2010 | MOTION for Leave to Appear Pro Hac Vice - Rebecca Wahlquist | $1.35 |
| 02/16/2010 | MOTION for Leave to Appear Pro Hac Vice- Ingalls, Melissa | $1.35 |
| 02/16/2010 | MOTION by Defendant DIRECTV, Inc. to dismiss Plaintiff's Complaint | $5.40 |
| 02/16/2010 | NOTICE of Motion by Amy E Crawford for presentment of motion to dismiss | $1.35 |
| 02/16/2010 | DIRECTV's Request for Judicial Notice in Support of its Motion to Dismiss by DIRECTV, Inc. | $18.45 |
| 02/16/2010 | MOTION by Defendant DIRECTV, Inc. to stay Discovery Pending Determination of DIRECTV's Motion to Dismiss | $2.70 |
| 02/16/2010 | NOTICE of Motion by Amy E Crawford for presentment of motion to stay | $1.35 |
| 02/16/2010 | DECLARATION of Amy E. Crawford regarding motion to stay Discovery Pending Determination of DIRECTV's Motion to Dismiss | $13.95 |
| 02/23/2010 | MOTION by Plaintiff Brianna Greene to amend/correct Motion for Leave to File Amended Complaint | $5.70 |
| 02/23/2010 | AMENDED complaint by Brianna Greene against DIRECTV, Inc., Iqor, Inc. | $4.20 |
| 03/09/2010 | MOTION by Defendant DIRECTV, Inc. to dismiss Plaintiff's Amended Complaint | $6.30 |
| 03/23/2010 | Plaintiff's Opposition to DIRECTV's Motion. to | $20.10 |

| Date | Description | Amount |
|---|---|---|
|  | Dismiss Plaintiff's Amended Complaint |  |
| 03/31/2010 | MOTION by Plaintiff Brianna Greene to certify class | $4.20 |
| 04/05/2010 | MOTION by Defendant IQor, Inc. for extension of time | $1.35 |
| 04/12/2010 | RESPONSE by DIRECTV, Inc. to MOTION by Plaintiff Brianna Greene to certify class | $ 2.25 |
| 04/12/2010 | DECLARATION of Ron J. Moore regarding response to motion | $1.80 |
| 04/28/2010 | ANSWER to amended complaint by DIRECTV, Inc. | $6.75 |
| 05/05/2010 | Defendant IQOR, Inc's ANSWER to amended complaint (Pederson, Peter) | $8.55 |
| 05/24/2010 | MOTION by Defendants DIRECTV, Inc., IQor, Inc. for protective order *(Agreed)* and attachments | $4.50 |
| 05/28/2010 | Stipulated Protective Order | $3.15 |
| 7/07/10 | [Unopposed] Motion to Disclose Information | $1.80 |
| 7/27/10 | Plaintiff's First Motion to Compel with exhibits | $21.00 |
| 8/02/10 | Plaintiff's Motion for Leave to File an Amended Complaint with exhibits | $6.00 |
| 9/14/10 | Answer of First Contact and IQOR Holdings to Second Amended Complaint | $8.10 |
| 9/14/10 | DIRECTV's Motion for Summary Judgment, Separate Statement of Undisputed Material Facts, Exhibits | $170.55 |
| 9/21/10 | Plaintiff's FRCP 56(f) Motion for Additional Discovery and Continuance | $2.70 |
| 9/27/10 | DIRECTV's Opposition to Plaintiff's FRCP 56(f) Motion for Additional Discovery and Continuance, Declaration of B. Wahlquist | $5.85 |
| 10/5/10 | Plaintiff's Opposition to DIRECTV's Motion for Summary Judgment, Declarations and Exhibits | $93.90 |
| 10/12/10 | DIRECTV's Reply in Support of its Motion for | $7.20 |

| Date | Description | Amount |
|---|---|---|
|  | Summary Judgment |  |
| 10/12/10 | DIRECTV's Motion to Maintain Under Seal Confidential Documents Submitted on Reply in Support of Motion for Summary Judgment | $1.80 |
| 10/12/10 | DIRECTV's Responses to Plaintiff's Counter Statement of Uncontested Material Facts | $10.35 |
| **TOTAL** |  | **$448.50** |