**EXHIBIT D**
**FEES AND DISBURSEMENTS FOR PRINTING DISCOVERY-RELATED DOCUMENTS**
**(3 copies of each page at $0.15 per page)**

| Date | Description | Pages | Amount |
|---|---|---|---|
| 2/2/10 | Plaintiff's First Set of Discovery Requests | 18 | $8.10 |
| 5/17/10 | DIRECTV's Responses to First Set of Discovery Requests | 46 | $20.70 |
| 4/16/10 | Greene Second Set of Discovery Requests | 6 | $2.70 |
| 5/21/10 | DIRECTV's Responses to Second Set of Discovery Requests | 4 | $1.80 |
| 6/2/10 | DIRECTV's First Set of Requests For Admission | 6 | $2.70 |
| 6/2/10 | DIRECTV's First Set of Requests For Production | 9 | $4.05 |
| 6/2/10 | DIRECTV's First Set of Interrogatories | 7 | $3.15 |
| 6/8/10 | Greene Third Set of Discovery Requests | 8 | $3.60 |
| 6/15/10 | Greene Fourth Set of Discovery Requests | 6 | $2.70 |
| 7/2/10 | Greene's Document Production | 756 | $340.20 |
| 7/14/10 | DIRECTV's Responses to Third Set of Discovery Requests | 17 | $7.65 |
| 7/19/10 | Greene's Responses to DTV First Set of Discovery Requests | 134 | $60.30 |
| 7/19/10 | DIRECTV's Responses to Fourth Set of Discovery Requests | 6 | $2.70 |
| 7/28/10 | Greene's Further Document Production (Equifax documents) | 238 | $107.10 |
| 7/30/10 (completed) | DIRECTV's Document Production | 269 | $121.05 |
| 8/3/10 | Greene Document Production (TransUnion documents) | 74 | $33.30 |
| **TOTAL** | | | **$721.80** |