## EXHIBIT E
## Miscellaneous Expenses

| Date | Description | Amount |
|---:|---|---|
| 6/2/2010 | Messenger Service to Opposing Counsel | $11.30 |
| 9/15/2010 | Messenger Service to Court | $11.30 |
| 10/12/2010 | Messenger Service to Court | $16.95 |
| 1/29/2010 | Deliver Courtesy Copy of Filing to the Court | $25.00 |
| 2/17/2010 | Deliver Courtesy Copy of Filing to the Court | $25.00 |
| 3/10/2010 | Deliver Courtesy Copy of Filing to the Court | $25.00 |
| 4/12/2010 | Deliver Courtesy Copy of Filing to the Court | $25.00 |
| 4/29/2010 | Deliver Courtesy Copy of Filing to the Court | $25.00 |
| 8/2/2010 | Deliver Courtesy Copy of Filing to the Court | $25.00 |
| 9/27/2010 | Deliver Courtesy Copy of Filing to the Court | $25.00 |
| 9/27/2010 | Deliver Courtesy Copy of Filing to the Court | $25.00 |
| 10/14/2010 | Deliver Courtesy Copy of Filing to the Court | $25.00 |
| **TOTAL** | | $264.55 |



**Messenger Service, Inc.**
1316 S. Michigan Avenue, Chicago, IL 60605
312-786-2288 • FAX 312-786-1376

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 5956 | 10016 |
| INVOICE DATE | TOTAL AMOUNT DUE |
| 6/06/10 | 12,735.97 |
| CURRENT | OVER 30 DAYS |
| 12,735.97 | .00 |
| OVER 60 DAYS | OVER 90 DAYS |
| .00 | .00 |

KB- (CLIENT-MATTER)
300 N LASALLE
CHICAGO, IL 60654

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE |
|---|---|---|---|---|
| 10016 | 5956 | 6/06/10 | 3,082.15 | 47 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 6/02/10 | 6257078 | STR | KB-36291-0272            BURKE LAW OFFICES LLC      Service :  <br>300 N LA SALLE            155 N MICHIGAN <br>CHICAGO      60610       CHICAGO       60601 <br>Caller: JOE          Pcs: 1  Wght: 1       Veh: BIK <br>Signed: H.BRANDISS   Ref: 25450       Call Time: 15:40 | 11.30 | 11.30 |
| | | | Total Charges for Ref. - 25450:    11.30 | | |

**TOTAL >**

**INVOICE PAYMENT DUE UPON RECEIPT**

TICKET received by Comet on 6/3/2010 6:43:01 AM - Control #: 6257078 - Reference: 25450

**MAILROOM USE**

| | | |
|---|---|---|
| | | 6/2/2010 |
| REQUESTED BY: | Amy E. Crawford | |
| | EMP#: 25450 | EXT: 622131 |
| RETURN TO: | Amy E. Crawford | |
| | | EXT: 622131 |
| CLIENT/FIRM ACTIVITY DESCRIPTION: | | NUMBER: 36291 |
| Directv | | |
| MATTER OR PROJECT: | | NUMBER: 272 |
| Green | | |

6257078

RECIPIENT:
Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601

SIGNATURE RECIPIENT
A. Brandon

SIGNATURE RECIPIENT
A. Brandon  6/2/10  4:24 P.M.

**MESSENGER REQUEST**

**STREAK**

☒ DELIVERY BY: 4:30      ☐ PICK-UP BY:
☐ OBTAIN SIGNATURE ON DOCUMENTS:      ☐ FILE, OBTAIN STAMPED COPY

INSTRUCTIONS: Email delivery confirmation to Amy Crawford.

| BREAKDOWN OF COSTS | | | |
|---|---|---|---|
| BASIC FEE: | $ | CAB FARES (13) | $ |
| TIME | $ | BOOK FEES (10) | $ |
| TOTAL (14) | $ | OTHER ( ) | $ |
| | | TOTAL | $ |

| G/L ACCOUNT | SUBSET | G/L ACCOUNT | SUBSET |
|---|---|---|---|

MAILROOM USE ONLY      MAILROOM USE ONLY - K&E SIGNATURE







**Messenger Service, Inc.**
1316 S. Michigan Avenue, Chicago, IL 60605
312-786-2288 · FAX 312-786-1376

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 9600 | 10016 |
| **INVOICE DATE** | **TOTAL AMOUNT DUE** |
| 9/19/10 | 18,758.24 |
| **CURRENT** | **OVER 30 DAYS** |
| 18,758.24 | .00 |
| **OVER 60 DAYS** | **OVER 90 DAYS** |
| .00 | .00 |

KIRKLAND & ELLIS LLP
300 N LASALLE
CHICAGO, IL 60654

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE |
|---|---|---|---|---|
| 10016 | 9600 | 9/19/10 | 3,914.78 | 61 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 9/15/10 | 6279912 | STR | KIRKLAND & ELLIS LLP      US DISTRICT COURT       Service : | 11.30 | 11.30 |
| | | | 300 N LA SALLE              219 S DEARBORN | | |
| | | | CHICAGO       60610         CHICAGO       60604 | | |
| | | | Caller: JOE         Pcs:  1   Wght:  1       Veh: BIK | | |
| | | | Signed: J ARMSTRONG   Ref: 25450     Clnt Mat: 36291-0272 | | |
| | | | Total Charges for Ref. - 25450:    11.30 | | |

TOTAL ▶

**INVOICE PAYMENT DUE UPON RECEIPT**

| MAILROOM USE | | 9/15/2010 | | |
|---|---|---|---|---|
| REQUESTED BY: Amy E. Crawford | EMP#: 25450 | EXT: 622131 | ☒ DELIVERY BY: 9:00 a.m. | ☐ PICK-UP BY: |
| RETURN TO: Amy E. Crawford | | EXT: 622131 | ☐ OBTAIN SIGNATURE ON DOCUMENTS: | ☐ FILE, OBTAIN STAMPED COPY |
| CLIENT/FIRM ACTIVITY DESCRIPTION: DirectTV | | NUMBER: 36291 | INSTRUCTIONS: | |
| MATTER OR PROJECT: Greene | | NUMBER: 272 | | |

**MESSENGER REQUEST**

**STREAK**

RECIPIENT:
Hon. Charles P. Kocoras
United States District Court
Northern District of Illinois
219 South Dearborn
Room 2560
Chicago, IL 60604

SIGNATURE RECIPIENT: _S Armstrong 9:26_

SIGNATURE RECIPIENT:

6279912

**BREAKDOWN OF COSTS**

| BASIC FEE: | $ | CAB FARES (13) $ |
| TIME | $ | BOOK FEES (10) $ |
| TOTAL (14) $ | | OTHER ( ) $ |
| | | TOTAL $ |
| G/L ACCOUNT | SUBSET | G/L ACCOUNT | SUBSET |

MAILROOM USE ONLY  $6

MAILROOM USE ONLY - K&E SIGNATURE



**COMET Messenger Service, Inc.**
1316 S. Michigan Avenue, Chicago, IL 60605
312-786-2288 · FAX 312-786-1376

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 10652 | 10016 |
| INVOICE DATE | TOTAL AMOUNT DUE |
| 10/18/10 | 12,517.40 |
| CURRENT | OVER 30 DAYS |
| 12,517.40 | .00 |
| OVER 60 DAYS | OVER 90 DAYS |
| .00 | .00 |

KIRKLAND & ELLIS LLP
300 N LASALLE
CHICAGO, IL 60654

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE |
|---|---|---|---|---|
| 10016 | 10652 | 10/18/10 | 3,221.55 | 58 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 10/12/10 | 6286301 | STR | KIRKLAND & ELLIS LLP        US DISTRICT COURT OF N IL    Service : 11.30 | | 16.95 |
| | | | 300 N LA SALLE              219 S DEARBORN               Premiums: 5.65 | | |
| | | | CHICAGO         60610       CHICAGO         60604 | | |
| | | | Caller: JOE         Pcs: 1  Wght: 1        Veh: BIK | | |
| | | | Signed: J HANHARDT    Ref: 25450    Clnt Mat: 36291-0272 | | |
| | | | Total Charges for Ref. - 25450:    16.95 | | |

TOTAL ▶

**INVOICE PAYMENT DUE UPON RECEIPT**



**Messenger Service, Inc.**

312.786.2288
cometmessenger.com

# REPLACEMENT TICKET

| | |
|---|---|
| Order Date: 10/12/10 | Customer Number: 10016 |
| Control Number: 21/6286301 | Requested By: JOE |
| Reference 1: 25450 | |
| Reference 2: Client Matter 36291-0272 | |

| Svc Type: STREAK | Veh: BIK | Pieces: 1 | Weight: 1 |
|---|---|---|---|

| Pickup Information: | Delivery Information: | Delivery Time: |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>300 N LA SALLE<br>KIRKLAND & ELLIS<br>CHICAGO IL 60610 | US DISTRICT COURT OF N<br>IL<br>219 S DEARBORN<br>CHARLES KOCORAS | 10/12/10<br>5:33 PM |

Special Instructions: COMET MESSENGER PLEASE DEL ASAP

| Signature: J HANHARDT | Amount: $16.95 |
|---|---|

 

## Kirkland & Ellis New Docket Research Analysis

**KIRKLAND & ELLIS LLP**

Request Queue

➕ New Request   🖨 Print   ❌ Delete

**Filter By:** -All Statuses-  -All Types-  Chicago  -All Analysts-  -All Requestors-  [Search]

**Search Requests:** 36291    **Dates:** ___ to ___  [Clear]

| ☐ | View/Edit | Deadline | Type | Status | Topic | Requestor | Request Date | CCS | Researcher |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 005992 | Oct 14 2010 5:00PM Central | Efi | B | Deliver courtesy to Judge Kocoras, 1025.; Brianna Green vs. DIRECTV | Cantafio | Oct 14 2010 3:05PM Central | CH | WCC |
| ☐ | 005451 | Sep 27 2010 5:00PM Central | Efi | B | Deliver courtesy copy to Judge Kocoras, 1025.; NDIL | Cantafio | Sep 27 2010 1:38PM Central | CH | MGN |
| ☐ | 005421 | Sep 27 2010 5:00PM Central | Efi | B | Deliver courtesy copy to Judge Kocoras, 1025.; NDIL | Cantafio | Sep 27 2010 1:38PM Central | CH | WCC |
| ☐ | 004391 | Aug 2 2010 5:00PM Central | Efi | B | Deliver courtesy copy to Judge Kocoras Rm 2560; NDIL | Crawford | Aug 2 2010 2:26PM Central | CH | WCC |
| ☐ | 003651 | Apr 29 2010 10:00AM Central | Efi | B | Deliver courtesy copy to Judge Kocoras, 2560.; NDIL | Crawford | Apr 28 2010 8:46PM Central | CH | WCC |
| ☐ | 003527 | Apr 12 2010 5:00PM Central | Efi | B | Deliver Courtesy copy to Judge Kocoras; NDIL | Crawford | Apr 12 2010 3:13PM Central | CH | WCC |
| ☐ | 003260 | Mar 10 2010 11:00AM Pacific | Efi | B | Deliver Courtesy copies to Judge Kocoras rm 2560; NDIL | Bay | Mar 10 2010 7:28AM Pacific | CH | EMT |
| ☐ | 003109 | Feb 17 2010 1:00PM Central | Efi | B | Deliver Courtesy copies to Judge Kocoras Rm 2560; NDIL | Crawford | Feb 17 2010 10:29AM Central | CH | WCC |
| ☐ | 002974 | Jan 29 2010 1:00PM Pacific | Efi | B | Deliver courtesy copy of Motion to Extend time to Answer, Notice, Proposed order, Corporate Disclosure and Appearance to Judg | Bay | Jan 29 2010 7:31AM Pacific | CH | EMT |